1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   CHROME HEARTS LLC, a Delaware          )   Case No. 2:21-cv-06575-FLA (JPRx)
     Limited Liability Company,             )
12                                          )   **ORDER RE PERMANENT**
                                            )   **INJUNCTION [DKT. 30]**
13                          Plaintiff,      )
                                            )
14               v.                         )
                                            )
15                                          )
     NEIBAUER, LOUIS CO., INC., a           )
16   Pennsylvania Corporation and DOES      )
     1-10, inclusive,                       )
17                                          )
                                            )
18                          Defendants.     )
                                            )
19   _____       )

20

21          WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has

22   filed a Complaint in this action against defendants Neibauer, Louis Co., Inc.

23   ("Defendant") alleging Trademark Infringement, False Designations of Origin,

24   Common Law Trademark Infringement and Unfair Competition, and Unfair

25   Competition in Violation of Cal. Bus. & Prof. Code § 17200 et seq. all allegedly

26   arising from Defendant's manufacture, production, distribution, promotion,

27   advertisement, offering for sale, and/or sale of certain products bearing identical or

28   confusingly similar reproductions of one or more of the Chrome Hearts Marks

                                            1

(attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products."). An exemplar photograph of the Accused Products is shown in ¶ 23 of the Complaint and reproduced in Exhibit 2 for reference;

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendant has agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1.      Defendant and its agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks in Exhibit 1, including, but not limited to:

a.      manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products that are identical or confusingly similar to the Chrome Hearts Marks;

b.      delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical or confusingly similar to the Chrome Hearts Marks;

c.      engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts;

d.      committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts;

e.       knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

f.       knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

WHEREAS the Parties have further agreed as follows, **IT IS FURTHER HEREBY ORDERED** that:

2.     This court has jurisdiction over the Parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3.     The execution of this Order shall serve to bind and obligate the Parties hereto.

4.     Upon satisfaction of other obligations set forth in the Settlement Agreement, Plaintiff will file a separate Dismissal with Prejudice of the Civil Action.

5.     The jurisdiction of this court is retained for the purpose of making any further orders necessary or proper for the enforcement of the Parties' stipulation and this Order.

IT IS SO ORDERED.

Dated: October 27, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

1

## <u>EXHIBIT 1</u>

2

| Mark | U.S. Reg. No. | Relevant Goods |
|------|---------------|----------------|
| Chrome Hearts Cross | 3,605,860 | Jewelry, Namely, Rings, Earrings, Pendants, Necklaces, Bracelets, Cuff Bracelets, Cuff Links, Watch Bracelets and Key Rings Made of Precious Metals |
| | 3,606,059 | Clothing, Namely, Tee Shirts, Shirts, Tank Tops, Sweaters, Sweat Shirts, Sweat Pants, Jeans, Pants, Jackets, Coats and Hats |
| | 4,501,773 | Hair Accessories, Namely, Hair Clips, Barrettes, Hair Bands, Buttons, Hair Pins and Ribbons. |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>EXHIBIT 2</u>**

